**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:10-CR-356-LDG (VCF) |
| | ) | |
| JOHN J. "JACK" WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF FORFEITURE**

On January 12, 2012, defendant JOHN J. "JACK" WILLIAMS pled guilty to Count One of the Three-Count Criminal Superseding Indictment charging him with Conspiracy to Commit Wire Fraud, Mail Fraud, and Bank Fraud in violation of Title 18, United States Code, Sections 1341, 1343, 1344(1) and (2), and 1349, and agreed to the forfeiture of property set forth in the Plea Memorandum. Docket #60.

This Court finds that JOHN J. "JACK" WILLIAMS shall pay a criminal forfeiture money judgment of $965,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from JOHN J. "JACK" WILLIAMS a criminal forfeiture money judgment in the amount of $965,000.00 in United States Currency.

DATED this 13 day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE